ACCEPTED
01-15-00444-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 2:42:50 PM
CHRISTOPHER PRINE
CLERK

## No. 1-15-00444-CR,  01-15-00445-CR,  01-15-00446-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/9/2015 2:42:50 PM

CHRISTOPHER A. PRINE
Clerk

——————◆——————

## No. 1378279, 1458347, 1458348

In 230th District Criminal Court
Harris County, Texas

——————◆——————

**BRANDON TODERICK JOHNSON,** *Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with three aggravated robberies (RR1 3). Appellant entered a plea of guilty to all three offenses (RR1 4). The jury found him guilty as charged and assessed punishment in each case at 40 years in the Institutional Division of the Texas Department of Criminal Justice (RR2 12). Appellant filed timely notice of appeal, and the court certified his right to appeal (CR-156, 158).

2.  The State's brief was due October 8, 2015. The State hereby requests an extension for the filing of the State's brief until November 9, 2015.

3.  The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The State has been working on and has filed the following briefs in the last thirty days.

Moreno v. State
1-15-00441-CR
State's Brief filed September 18, 2015

Trigo v. State
01-15-00382-CR
State's Brief filed September 24, 2015

Rodriguez v. State
1-15-00135-CR
State's Brief due September 30, 2015

Furthermore, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

Uddin v. State
14-15-00082-CR
State's Brief due October 12, 2015

Briones v. State
01-14-00121-CR
State's Brief due October 15, 2015

Dunn v. State
14-15-00340-CR
State's Brief due October 26, 2015

4.  This is the State's first request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested

extension.

Respectfully submitted,

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Thomas Lewis
Attorney at Law
1602 Washington Ave.
Houston, TX 77007

/s/ *Kimberly Stelter*
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826

10/9/15